FILED
U.S. District Court
District of Kansas

OCT 20 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

Affidavit

In support of motion to recuse Judge J.W. Broomes

Judge J.W. Broomes has taken a personal interest in my case, has paved himself bias and unfair.

I've filed motions to Magistrate G.E. Birzer concerning a request for a revocation hearing to modify the conditions of release, a motion to dismiss the indictment, along with evidence to support my request, on or about 12-17-2020

All motions and evidence were stricken from the record by J.W. Broomes.

I've filed many pro se motions to the court, J.W. Broomes has moved against everyone of them.

Judge Broomes told me that the District Court does not grant motions of dismissal.

But the District Court granted my co-defendant, Mathew Crawford, by motion of Mike Heperly, a dismissal of count ten (10) of the indictment.

When I questioned Judge Broomes about the dismissal of count 10 for Mathew Crawford, Judge Broomes stated that he did not know anything about it, though, it was filed and granted in Judge Broomes court room. Then the prosecution proceeded to plea bargain with Mathew Crawford.

Judge Broomes is bias in regards to knowing and ruling on every motion filed on my behalf but not knowing when a motion for Mathew Crawford was filed and granted.

page 1 of 5

On 1-12-2021 at or about 9:00 am by Video Conference-Zoom, Judge J.W. Broomes made many bias comments to the defendant, that the defendant Cory A. Lane Jr. should not be running around trying to practice law and that the defendant" would never win a motion in his court room." Also, Judge J.W. Broomes had stricken my evidence, exhibit in support of motion to dismiss the indictment, attachments #1 exhibit 5, #2 exhibit 6 (part of 1), #3 exhibit 6 (part 2) #4 exhibit 7, #5 exhibit 8, motion to dismiss the indictment was also stricken from the record, J.W. Broomes told Mona Furst, the prosecutor, all that he had stricken, he then asked the prosecutor Mona Furst " I hope this satisfies you."

Thus proving Judge J.W. Broomes to have an improper motive to rule on my motions, to satisfy the prosecution.

I became a cross-movant to Mike Heperly's motion to dismiss count 10 of the indictment, that he filed on behalf of co-defendant Mathew Crawford. I worded my in forma pauperis motion in the same style as Mike Heperly wrote his motion, both of us asked for a dismissal, Mathew Crawfords motion was granted but my motion was denied.

Judge J.W. Broomes prejudiced me and stopped my freedom from prosecution.

Mathew Crawford stated, by way of the motion to dismiss count 10, that he did not live at the residence as to where the warrant was served, though he, Mathew Crawford was present during the execution of the search warrant, his,

page 2 of 5

Mathew Crawfords arguement was accepted and motion to dismiss was granted in Judge Broomes court room.

I presented the same arguement, that I did not live at the residence where the warrant for four named suspects was served. Whom I was not a suspect mentioned.

My arguement was not accepted and my motion to dismissed was stricken from the record, along with my evidence, my lease agreement to 317 N Madison, contrary to the address of the warrant for 2421 W Martha.

To grant Mathew Crawford's motion yet find a way to deny me the same justice was unfair and bias.

Judge J.W. Broomes is in constant direct conflict with my filing pro se petitions. His state of anger towards a pro se petitioner, the mindset that I have no right to "run around trying to practice law" as stated by Judge J.W. Broomes during our Zoom motion Hearing, proves that Judge J.W. Broomes was hostile and harbors an averson towards pro se pititioners. Though the courts are set up and designed for the average man to argue his case in court.

Judge J.W. Broomes has displayed his "impatience, a total disregard for the evidence produce, a disregard for the defense and animosity towards me, by having me removed from the court room before all of my issues were argued, thus violating the third element of a fair hairing, my opportunity and or ability to argue the reasons why the decision should be in

page 3 of 5

my favor, according to the rules of due process, on 9-15-2022

Judge J.W. Broomes actions displayed a deep-seated favoritism towards the prosecution that makes fair judgement impossible.

Judge J.W. Broomes has acted as the prosecutor throughout my proceedings. On motion Hearings, Judge J.W. Broomes argues and presents causes for the prosecution. He does not hear the evidence presented by both sides, for he has stricken my evidence from the record. In most motion Hearings the prosecution doesn't even speak, its me and Judge J.W. Broomes who do the arguing against one another, thus causing a greater conflict between the Judge and the defense coercing the denial of justice and the violation of my constitutional right to a fair and impartial hearing.

The blight of injustice that I've suffered under the district court as Judge J.W. Broomes serves as both accuser and adjudicator is an unconstitutional bias that has no place in a society living under the rule of law.

Judge J.W. Broomes proved himself prejudice against me when he decided to strike my evidence from the record before considering the evidence in detail that would otherwise have been basis for a decision, also Judge J.W. Broomes acted well outside of his judicial capacity by seeking to satisfy the prosecution.

Mr. Gary A. Lowe Jr.

page 4 of 5

State of Kansas

County of Butler

Signed or Attested before me by          Gary A Lowe Jr.

Gary A. Lowe Jr.          10-5-22
Gary A. Lowe Jr.

Kenya M. Bradshaw          10/5/22
Notarial Officer

KAYCE M. RICKELS
Notary Public - State of Kansas
My Appt. Expires 3/25/26

page 5 of 5

Butler County Detention Facility
Gary A. Love Jr.
701 S Stone Rd.
El Dorado Ks.
　　　　67042

**RECEIVED**

NOTICE! This correspondence was mailed
from the BUTLER COUNTY JAIL.
ITS CONTENTS ARE UNCENSORED.

OCT 2 0 2022

CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

: Legal Mail



WICHITA KS 670
19 OCT 2022 PM 3 L

ENERGY
ACTION
MONTH
★ USA ★ FOREVER ★

U.S. District Court house
Clerk of the Court
401 N. Market
Wichita, KS.
　　　　67202

67202-208999