FILED
U.S. District Court
District of Kansas

FEB 0 3 2025

Clerk, U.S. Dis: Court
By _mgm_ Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

( Wichita Docket )

Gary A. Lowe Jr.,
      Movant.

v.

UNITED STATES OF AMERICA,
      Respondent,

CASE No. 20-cr-10066-02-JWB
No. 22-3178
No. 22-3209

---

EMERGENCY MOTION REQUESTING

RELIEF SOUGHT ON MOTION SEEKING RELEASE FROM CUSTODY

PENDING RESOLUTION OF PRO 'SE

MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. 2255

---

Comes now, Gary A. Lowe Jr., who respectfully moves this Honorable District Court, pursuant to 10th Circuit Rule 8.2.(A) Emergency relief, in doing so, the Movant certifies under the penalty of perjury that the foregoing statements are true and correct.

Prosecutor Kate E. Brubacher asked for summary disposition, according to Cir. R.27.2.(A)(b), on Movant's Motion Seeking Release From Custody Pending Resolution Of Pro 'Se Motion To Vacate Judgment Under 28 U.S.C. 2255 In Accord With Supreme Court Rule 49, Appellate Rule 23(b)(3)(c)(d) and F.R.A.P.8(a)(1), Prosecutor Kate E. Brubacher was seeking that the Movant's Motion for release be " rendered moot "as the court enter an order dismissing Movant's 28 U.S.C. 2255 Motion.

According to Cir.R.27.2.(A(1)(b)(2) contents(a) The motion "must" discuss the grounds for the motion.

The Movant brings to the courts attention that prosecutor Kate E. Brubacher failed to discuss the " Motion For Release ", the very Motion that she wanted " rendered as moot ".

Prosecutor is in violation of Cir.R.27.2.(A)(1)(b)(2)(a).,also making a waste

1

judicial resources by multiplying proceedings, motions, and prolonging justice by trying to circumvent Movant's release Motion and the judicial process of discussing the Release Motion as required by Cir.R.27.2.(A)(1)(b)(2).

## CONCLUSION

The prosecutor Kate E. Brubacher has had ample time, since December 22, 2024 and has failed to argue against or make rebuttal to the constitutional contents and meritorious claims within the Motion Seeking Release.

It would seem that prosecutor Kate E. Brubacher asked trail Judge J.W. Broomes to " render the Release Motion moot " without the Motion ever being argued, to make a waste of, as to dispose of the Motion so that the Movant could not appeal the decision on its merits and or constitutional issues.

The Release Motion was to be discussed, argued or agreed upon while the 28 U.S.C. Motion To Vacate is on file, thus granting or denying bail while the 28 U.S.C.2255 Motion To Vacate is pending.

There exist " Special Circumstances " included in the raising of substantial claims upon which the Movant has a high probability of success. The existence of these circumstances makes the Motion for release exceptional and deserving of special treatment in the interest of justice.

An injunction pending appeal should be entered because the Movant has shown likelihood of success on appeal, the threat of irreparable harm pending appeal if the injunction is not granted, the absence of harm to the opposing party if the injunction is granted, there being no risk of harm to the public interest, and the Movant is not a flight risk.

The reason this motion was not filed earlier is because the Movant has just received the information of prosecutor Kate E. Brubacher's intention to have the Movant's Motion Seeking Release " rendered as moot " on January 22, 2025.

2) There is no order entered as of yet, that the Movant has knowledge of.

3) No date or time as of yet on the order.

4) Kate E. Brubacher and Jason Hart, tel:(316)269-6481, Fax (316)269-6484

## RELIEF SOUGHT

Thus the Motion Seeking Release From Custody Pending Resolution Of Pro'Se Motion To Vacate Judgment Under 28 U.S.C. 2255 goes unchallenged, therefore the Movant prays that this court grant this motion and give the requested relief, Movant's immediate release from the custody of the United States Department of Justice and the Bureau of Prisons in order to end this arbitrary imprisonment.

Mr. Gary A. Love Jr.
1-27-2025

2

# CERTIFICATE OF MAILING AND SERVICE

I hereby certify under penalty of perjury that the foregoing originally executed document has been placed in the institutional mailbox, appropriate postage prepaid and addressed to:

Clerk of the District Court
401 N. Market
Wichita, Kansas
67202

and a true and correct copy of same has been placed in the institutional mailbox, appropriate postage prepaid and addressed to:

Kate E. Brubacher
Prosecutor Jason Hart
Office of United States Attorney
301 N. Main suit 1200
Wichita, Kansas
67202-4812

on this, the 27 th day of January, 2025.

_McGary A. Long Jr._
Affiant

Mr. Gary A. Lowe Jr.
#08349-051
P.O. Box 7000
Federal Correction Installation
Texarkana, Texas
75505

RECEIVED
FEB 03 2025

:Legal Mail



Clerk of the District Court
401 N. Market
Wichita, Kansas
67202

67202-200869